Michael Adams (SBN 185835)
madams@rutan.com
Proud Usahacharoenporn (SBN 278204)
pusaha@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
AMERICAN AUTOMOBILE ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>METRO HOTEL & CAFE, an entity of unknown form; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 5:14-CV-03860-PSG<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to FRCP 41, Plaintiff American Automobile Association, Inc. hereby dismisses this action without prejudice.

Dated: September 26, 2014

RUTAN & TUCKER, LLP
MICHAEL D. ADAMS
PROUD USAHACHAROENPORN

By: _____/s/ Michael Adams_____
Michael Adams
Attorneys for Plaintiff
AMERICAN AUTOMOBILE ASSOCIATION, INC.

**PROOF OF SERVICE BY MAIL**

*American Automobile Association, Inc. v. Metro Hotel & Café et al.*
United States District Court, Northern District, Case No. 5:14-CV-03860-PSG

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed by the law office of Rutan & Tucker, LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 611 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-1931.

    On September 26, 2014, I served on the interested parties in said action the within:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

by placing a true copy thereof in sealed envelope(s) addressed as stated below:

Defendant
Metro Hotel & Cafe
508 Petaluma Blvd. South
Petaluma, CA 94952

    In the course of my employment with Rutan & Tucker, LLP, I have, through first-hand personal observation, become readily familiar with Rutan & Tucker, LLP's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice I deposited such envelope(s) in an out-box for collection by other personnel of Rutan & Tucker, LLP, and for ultimate posting and placement with the U.S. Postal Service on that same day in the ordinary course of business. If the customary business practices of Rutan & Tucker, LLP with regard to collection and processing of correspondence and mailing were followed, and I am confident that they were, such envelope(s) were posted and placed in the United States mail at Costa Mesa, California, that same date. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on September 26, 2014, at Costa Mesa, California.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Lori Waters, CCLS
(Type or print name)

_____
(Signature)

2314/017601-0104
7519877.1 a09/19/14